# MICHAEL J. MACCO

U.S. Standing Bankruptcy Trustee
135 Pinelawn Road
Suite 120 South
Melville, New York 11747
http://macco.lawoffice.com

_____

PETER COREY

Telephone (631) 549-7908
Facsimile  (631) 549-7845

September 9, 2010

Clerk of the Court
United States Bankruptcy Court
Eastern District
271 Cadman Plaza East
Brooklyn, NY 11201

     ***Re*:**    Chapter 13 Debtors: Gisela G Lan
                     Case No.:  1-10-47956-cec

Dear Sir/Madam:

     Due to a conflict of interest, it is requested that another person be substituted in my place and stead as Trustee of the above captioned debtor(s).  I am forwarding the file to Marianne DeRosa.  Thank you.

                                                Very truly yours,

                                                ***/s/ Michael J. Macco***
                                                MICHAEL J. MACCO

MJM/mef

cc:    Office of the United States Trustee
        Gisela G Lan, Pro Se Debtor